ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 09 2013

at _11_ o'clock and _06_ min. _A_ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| JOELLA MARIE EDWARDS,<br><br>                    Plaintiff,<br><br>     vs.<br><br>TRADE PUBLISHING LTD., and RON JACOBS,<br><br>                    Defendants. | CIVIL NO.  12-00023 SOM/BMK<br><br>ORDER OF DISMISSAL WITH PREJUDICE<br><br>NO TRIAL DATE SET |

This matter came before the Court upon the joint stipulation by Plaintiff Joella Marie Edwards and Defendants Trade Publishing, Ltd. and Ron Jacobs (collectively "the Parties").  The Parties having agreed to the entry hereof, and the Court having reviewed the stipulation, the file, and being fully advised Orders as follows:

1.     All claims made by Plaintiff Joella Marie Edwards against all defendants in this case are hereby DISMISSED WITH PREJUDICE.

2.     The parties waive all rights of appeal, and are to bear their own respective costs and attorney's fees in this action.

3.     The clerk is directed to close the file.

IT IS SO ORDERED

DATED: Honolulu, Hawaii, April _8_ 2013.

Susan Oki Mollway
Chief United States District Judge

Edwards v. Trade Publishing, Ltd., Civ. No. 12-00023 SOM/BMK; ORDER OF DISMISSAL WITH PREJUDICE