# UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

| | |
|---|---|
| JOELLA MARIE EDWARDS | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 12-00023 SOM-BMK |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| | April 12, 2013 |
| TRADE PUBLISHING LTD.; RON JACOBS | At 8 o'clock and 16 min a.m.<br>SUE BEITIA, CLERK |
| Defendant(s). | |

[ ]   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice pursuant to the "Order Granting Trade Publishing Ltd.'s Motion to Enforce Settlement Agreement" filed on March 27, 2013, the "Joint Stipulation of Dismissal With Prejudice" filed on April 9, 2013 and the "Order of Dismissal With Prejudice" filed on April 9, 2013.  It is further ordered that the Clerk shall close this file.

| | |
|---|---|
| April 12, 2013 | SUE BEITIA |
| Date | Clerk |
| | /s/ Sue Beitia by ET |
| | (By) Deputy Clerk |